

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00578-CV

James William **MCDERMOTT**,
Appellant

v.

Paty **MCDERMOTT**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00214
Honorable J. Frank Davis, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant James William McDermott.

SIGNED October 12, 2022.

_____
Rebeca C. Martinez, Chief Justice